No. 43822.—Protest 10585–K of Paul Puttmann (New York).

Opinion by CLINE, J. The record showed that the rolls of paper were themselves wrapped in paper and were packed in wooden cases and that the cases were marked "Made in Belgium," but that no marking appeared on either the paper or the paper wrappers. It was found that the paper wrappers were the immediate containers of the paper and that neither the paper nor the immediate containers were legally marked. The protest was therefore overruled following *International Forwarding Co.* v. *United States* (3 Cust. Ct. 314, C. D. 266).

No. 43823.—Protest 838595–G of K. Watanabe (Los Angeles).

Opinion by CLINE, J. The testimony showed the shoes were packed in cardboard boxes, one pair to each box, and the cardboard boxes were packed in wooden cases. It appeared that the shoes had rubber heels, and, at the time of importation, the word "Japan" or the words "Made in Japan" were printed on the sides of the rubber heels, and that the customs officer required the importer to scratch the word "Japan" on the soles of the shoes. It also appeared that the cardboard boxes in which the shoes were packed were marked by printing the words "Made in Japan" and that the wooden cases were marked "Made in Japan." It was found from the testimony that the cardboard boxes were the immediate containers of the shoes. As these containers were legally marked the protest was sustained, *Kraft* v. *United States* (22 C. C. P. A. 111, T. D. 47103) followed.

No. 43824.—Protest 7334–K of Golding Bros. Co., Inc. (New York).

Opinion by CLINE, J. The appraiser reported that the merchandise was marked "Belgian Make" but that the immediate containers bore no marking to indicate the country of origin. It appeared that the merchandise and marking in this case appeared to be identical with that in *Golding Bros.* v. *United States* (4 Cust. Ct. 67, C. D. 287). The protest was therefore sustained.

No. 43825.—Petition 5902–R of Blumenthal Print Works (Los Angeles).

Opinion by CLINE, J. The petition was formally abandoned. It was therefore dismissed.